

# Fourth Court of Appeals
## San Antonio, Texas

April 1, 2015

No. 04-14-00676-CR

Gary Lynn **BAKER**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR4875
Honorable Sid L. Harle, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is hereby GRANTED. The Appellant's brief is due April 1, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of April, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court